**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BILLY DODSON**                                                                           **PLAINTIFF**

**vs.**                                 **Case No. 4:03-CV-00983 GTE
Consolidated with:
Case No. 4:03-CV-00984 GTE
Case No. 4:04-CV-00601 GTE**

**JACK FITZHUGH, CHRIS HUGGINS,
JACKIE DAVIS, JOHN DODD, DENNIS
SANDERSON, and THE CITY OF CABOT,
ARKANSAS**                                                         **DEFENDANTS**

## ORDER OF DISMISSAL

On August 28, 2006, the Court approved a settlement reached between the parties as to the sole remaining claim in this trilogy of cases. All claims asserted by Plaintiff have now been resolved – either by the Court as a matter of law or by settlement. Accordingly,

IT IS THEREFORE ORDERED THAT the Motion for Entry of Order of Dismissal (Docket No. 134) be, and it is hereby, GRANTED. All three actions are hereby DISMISSED WITH PREJUDICE. The Clerk of the Court is directed to close all three cases.

IT IS SO ORDERED this   11th   day of September, 2006.

                                                                       ___/s/Garnett Thomas Eisele_____
                                                                       UNITED STATES DISTRICT COURT